**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine Jerrell SIMS, a/k/a Jus, a/k/a**
**Justice, Defendant–Appellant.**

No. 03–6036.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Jermaine Jerrell Sims, Appellant Pro Se. Kenneth E. Melson, Office of the United States Attorney, Alexandria, Virginia; Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jermaine Jerrell Sims seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Sims has not made a substantial showing of the denial of a constitutional right. *Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*